DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON K. DYKES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1489

[July 26, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 04-005943CF10A.

Jason K. Dykes, Indiantown, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***